IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMAN COHEN** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 13-3295 |
| v. | : | |
| | : | |
| **METROPOLITAN LIFE INSURANCE** | : | |
| **COMPANY** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 16th day of October 2014, upon consideration of the cross-motions for summary judgment filed by Plaintiff Norman Cohen ("Plaintiff"), [ECF 25], and Defendant Metropolitan Life Insurance Company ("Defendant"), [ECF 27], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion for summary judgment, [ECF 27], is **GRANTED**, and Plaintiff's motion for summary judgment, [ECF 25], is **DENIED**.

**JUDGMENT IS ENTERED** in favor of Defendant Metropolitan Life Insurance Company and against Plaintiff Norman Cohen.

The Clerk of Court is directed to mark this matter closed.

BY THE COURT:

_/s/ Nitza I. Quiñones Alejandro_
NITZA I. QUIÑONES ALEJANDRO, J.